UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Plaintiff: James Paul Rogers

v.

Defendant(s): Western Governors University

Case Number: 3:23-CV-3774-JPG
(Clerk's Office will provide)

FILED
DEC 11 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
E. ST. LOUIS OFFICE

# PRO SE CIVIL RIGHTS COMPLAINT
(Non-Prisoner)

## I. JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

## II. PARTIES

**Plaintiff:**

A. Plaintiff, a citizen of __Illinois__ (state), who resides at __2060 Cleveland Blvd. Granite City IL 62040__, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant __Western Governors University__ is employed as __Corporation__
   (a) (Name of First Defendant)
   (b) (Position/Title)

(10/2010)

with  4001 S 700 East #700
_____(c)_____(Employer's Name and Address)

Salt Lake City, UT 84107

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☐ Yes ☐ No

If your answer is YES, briefly explain:

Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #2:**

C.  Defendant _____ is employed as
                  (Name of Second Defendant)

    _____
              (Position/Title)

    with _____
              (Employer's Name and Address)

    _____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☐ Yes ☐ No

If you answer is YES, briefly explain:

Check one of the following:

☐ This defendant **personally participated** in causing my injury, and I want **money damages**.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

(10/2010)

**Defendant #3:**

D.   Defendant _____ is employed as
     (Name of Third Defendant)

_____
(Position/Title)

with _____
     (Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? ☐ Yes ☐ No

If you answer is YES, briefly explain:

Check one of the following:

☐ This defendant **personally participated** in causing my injury, and I want **money damages.**

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.   Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

(10/2010)

III. **PREVIOUS LAWSUITS**

    A.    Have you begun any other lawsuits in this federal court?
        ☐ Yes  ☑ No

    B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

        1.    Parties to previous lawsuits:

            Plaintiff(s):

            Defendant(s):

        2.    Case number:

        3.    Name of Judge to whom case was assigned:

        4.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

(10/2010)

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

1. Violations of Americans with Disability Act (ADA) and Rehabilitation Act of 1973: Western Governors University (WGU) limited access to course materials and denied U.S. military service-connected and post-heart attack accommodations

2. Civil Rights violations: Denial of access, slow grading, withholding information

3. Title IV of the Civil Rights Act: Discrimination based on race, attributes or other characteristics

4. Misrepresentation and Breach of Contract: WGU's program was marketed and presented as flexible, etc. WGU breached the contract by not delivering the promised flexibility, imposing restrictions on course access and progression

(10/2010)

**V.    REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ __1,520,000__.

Punitive damages in the amount of $ __5,000,000__.

An ordering requiring defendant(s) to: change policies, fix any violations, especially related to veterans, especially volustand rehab

A declaration that:

Other: Audit by 3rd party agreed by both sides to remove all types of discrimination, return the seeds of restriction, align with marketing

**VI.    JURY DEMAND** (*check one box below*)

Plaintiff ○ does or ☑ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: __11 December 2023__
(date)

__2060 Cleveland Blvd.__
Street Address

__Granite City, IL 62040__
City, State, Zip

_____
Signature of Plaintiff

__James Paul Rogers__
Printed Name

(10/2010)

## BUSINESS SEARCH

RELATED LINKS & RESOURCES

# WESTERN GOVERNORS UNIVERSITY

[Update this Business]

**Entity Number:** 9455582-0140
**Company Type:** Corporation - Domestic - Non-Profit
**Address:** 4001 S. 700 E. STE 700 Salt Lake City, UT 84107
**State of Origin:**
**Registered Agent:** COGENCY GLOBAL INC.
**Registered Agent Address:**
2005 EAST 2700 SOUTH STE 200
Salt Lake City, UT 84109

[View Management Team]

**Status:** Active

[Purchase Certificate of Existence]

**Status:** Active as of 07/28/2020
**Renew By:** 06/30/2024
**Status Description:** Current
The "Current" status represents that a renewal has been filed, within the most recent renewal period, with the Division of Corporations and Commercial Code.
**Employment Verification:** Not Registered with Verify Utah

### History

[View Filed Documents]

**Registration Date:** 06/22/2015
**Last Renewed:** 06/08/2023

### Doing Business As

OF WGU, THE CORP
GLOBAL EMPLOYMENT READY EDUCATION

**Get Business Info On You**
Visit this s
your mob

**Commerce Searches**
- Business Search
- Data Request
- Professional License
- Real Estate License
- Registered Principal
- Trademark
- Uniform Commercial Code
- Verify Utah

**Department of Comme**
- Department of Commerce H
- Division of Corporations
- Contact Us
- Disclaimer

Send Us Your Fe
We want to know what you
to share your feedback with