UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES PAUL ROGERS,

      Plaintiff,

    v.

WESTERN GOVERNORS UNIVERSITY,

      Defendant.

Case No. 23-cv-3774-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff James Paul Rogers's motion for leave to

proceed *in forma pauperis* (Doc. 4) and for service of process at government expense (Doc. 6).

Rogers sues Western Governors University ("WGU") for its alleged failure to accommodate his

disabilities in violation of several federal non-discrimination acts and for state common law

causes of action.  The Court has determined it has subject matter jurisdiction over the claims in

his Amended Complaint.  *See* 28 U.S.C. §§ 1331 & 1367(a).

A federal court may permit an indigent party to proceed without pre-payment of fees.

28 U.S.C. § 1915(a)(1).  Nevertheless, a court can deny a qualified plaintiff leave to file *in forma*

*pauperis* or can dismiss a case if the action is clearly frivolous or malicious or fails to state a

claim.  28 U.S.C. § 1915(e)(2)(B)(i) & (ii).  The test for determining if an action is frivolous or

without merit is whether the plaintiff can make a rational argument on the law or facts in support

of the claim.  *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Corgain v. Miller,* 708 F.2d 1241,

1247 (7th Cir. 1983).  An action fails to state a claim if it does not plead "enough facts to state a

claim to relief that is plausible on its face."  *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570

(2007).  When assessing a petition to proceed *in forma pauperis,* a district court should inquire

into the merits of the plaintiff's claims, and if the court finds them to be frivolous, it should deny

leave to proceed *in forma pauperis*.  *Lucien v. Roegner,* 682 F.2d 625, 626 (7th Cir. 1982).

The Court is satisfied from Rogers's affidavit that he is indigent.  The Court further finds that the action is not clearly frivolous or malicious and does not clearly fail to state a claim.  Accordingly, the Court **GRANTS** the motion for leave to proceed *in forma pauperis* (Doc. 4).

The Court further **DENIES as moot** the motion for service of process at government expense (Doc. 6).  WGU has represented that it has been served and has appeared by counsel in this case (Docs. 13 & 14).

**IT IS SO ORDERED.**
**DATED:  December 21, 2023**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**