UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES PAUL ROGERS, <br><br> Plaintiff, <br><br> v. <br><br> WESTERN GOVERNORS UNIVERSITY, <br><br> Defendant. | Case No. 23-cv-3774-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Western Governors University and against plaintiff James Paul Rogers, and that this case is dismissed with prejudice.

**DATED:  February 20, 2025**

MONICA A. STUMP, **Clerk of Court**

s/Tina Gray, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**